

FILED & ENTERED

SEP 25 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**NOT FOR PUBLICATION**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>O.G.M.,<br><br>                      Debtor. | Case No. 2:13-bk-32922-RK<br><br>Chapter 7<br><br>**EXPUNGEMENT ORDER AND ORDER RESTRICTING ACCESS TO CASE RECORDS**<br><br>Date:     September 12, 2017<br>Time:     1:30 p.m.<br>Courtroom:  1675 |

     Pending before this court is the Motion of Debtor O.G.M. to Expunge Bankruptcy Case pursuant to 11 U.S.C. § 107(b)(2) and 11 U.S.C. § 105 ("Motion") filed on July 20, 2017 (Docket No. 15), which came on for an evidentiary hearing on September 12, 2017 before the undersigned United States Bankruptcy Judge.

     Having considered the evidence offered at the evidentiary hearing and the other papers and pleadings filed in this case and having found that this bankruptcy case was filed without the knowledge and consent of Debtor, and thereby, the bankruptcy case was an unauthorized, fraudulent and otherwise incorrect filing and should be expunged

pursuant to 11 U.S.C. §§ 105(a) and 107(b)(2) and Federal Rule of Bankruptcy

Procedure 9018, *In re Storay,* 364 B.R. 194, 196-197 (Bankr. D.S.C. 2006) (expunging

a bankruptcy case of joint debtors who signed a blank bankruptcy petition, but who did

not review or authorize the filing of the completed petition, pursuant to 11 U.S.C. §

105(a))(citations omitted); *see also, In re T.H.,* 529 B.R. 112, 120-124, 134-135 and nn.

42-44 (Bankr. E.D. Va. 2015)(sanctioning attorney who filed an unauthorized

bankruptcy case for a debtor whose case was expunged for lack of authorization to

file)(citations omitted),

IT IS HEREBY ORDERED THAT:

1.   This bankruptcy case is expunged.

2.   The Clerk of Court is to restrict public access to any documents filed in this

case, except this Expungement Order, in which Debtor will be referred to by

her initials, O.G.M., only, which order will remain on the case docket

accessible to the public;

3.   The Clerk of Court is directed to remove all references to the Debtor, O.G.M.,

from the case docket and any court records for this case; and

4.   The Clerk of the Court is further directed to close this case.

IT IS SO ORDERED.        ###

Date: September 25, 2017

_____

Robert Kwan
United States Bankruptcy Judge